In the Matter of the Claim of FRASER MOSLEY, Respondent, against Estate of MORITZ H. ROSENSTEIN, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued March 5, 1934; decided March 20, 1934.)

*Jeremiah F. Connor* for appellants.

*John J. Bennett, Jr., Attorney-General (John R. O'Hanlon* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.